THE CITY OF NEW YORK, Appellant, *v.* CAULWAL CON-
STRUCTION Co., INC., Respondent.

(Submitted January 18, 1933; decided February 28, 1933.)

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly*, *Charles E. Ramsgate* and *Paul Livoti* of counsel), for appellant.

*John J. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.